IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **DOBSON BROTHERS CONSTRUCTION COMPANY,** a Nebraska corporation,<br><br>    Plaintiff,<br><br>v.<br><br>**RATLIFF, INC.,** an Oklahoma corporation, and **AMERICAN CONTRACTORS INDEMNITY COMPANY**, a California corporation,<br><br>    Defendants. | Case No. 4:08-cv-3103-RGK-DLP<br><br>**ORDER** |

This matter comes before the Court on the Stipulation of the parties, filing 25, for enlargement of time to answer or otherwise respond to Plaintiff's First Amended Complaint. The Court being fully advised in the premises, finds that good cause exists to approve the Stipulation.

IT IS HEREBY ORDERED that Defendants, Ratliff, Inc. and American Contractors Indemnity Company, shall have until on or before July 31, 2008 to answer or otherwise respond to Plaintiff's First Amended Complaint.

DATED this 14th day of July, 2008.

BY THE COURT

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge

Prepared and submitted by:
James J. Frost

McGrath, North, Mullin & Kratz, P.C. LLO
3700 First National Tower
1601 Dodge Street
Omaha, NE  68102
(402)341-3070
jfrost@mcgrathnorth.com
Attorneys for Ratliff, Inc., Defendant