IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DOBSON BROTHERS CONSTRUCTION COMPANY, a Nebraska corporation, | ) ) ) | Case No. 4:08CV3103 |
| Plaintiff, | ) ) ) | |
| v. | ) ) | **ORDER** |
| RATLIFF, INC., an Oklahoma corporation, and AMERICAN CONTRACTORS INDEMNITY COMPANY, a California corporation, | ) ) ) ) ) ) | |
| Defendants. | ) | |

This matter comes before the Court on the Stipulation of the parties for enlargement of time to answer or otherwise respond to Defendant Ratliff, Inc.'s Counterclaim (Filing No. 31) and to Ratliff, Inc.'s Motion to Compel Arbitration (Filing No. 33).  The Court being fully advised in the premises finds that good cause exists to approve the Stipulation.

IT IS HEREBY ORDERED that the stipulation, filing 36, is approved and Plaintiff Dobson Brothers Construction Company shall have until August 29, 2008 to answer or otherwise respond to Defendant Ratliff, Inc.'s Counterclaim and to Defendant Ratliff, Inc.'s Motion to Compel Arbitration.

DATED this 13th day of August, 2008.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge

Prepared and submitted by:
Joel D. Heusinger
Woods & Aitken, LLP
301 South 13th Street, Suite 599
Lincoln, Nebraska 68508
Telephone:  (402) 437-8500
jheusinger@woodsaitken.com
Attorney for Dobson Brothers Construction Company