IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DOBSON BROTHERS CONSTRUCTION, Company, a Nebraska corporation, | ) ) ) ) | |
| Plaintiff, | ) ) | 4:08CV3103 |
| v. | ) ) ) | |
| RATLIFF, INC., an Oklahoma corporation and AMERICAN CONTRACTORS INDEMNITY, COMPANY, a California corporation, | ) ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

IT IS ORDERED:

The parties' joint stipulation for continuance, filing 59, is granted and the Rule 16 telephone planning conference is continued from October 8 to November 24, 2008 at 10:00 a.m., Central Time.

Plaintiff's counsel shall initiate the call.

DATED this 7th day of October, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge