IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DOBSON BROTHERS CONSTRUCTION, Company, a Nebraska corporation, | ) ) ) ) | |
| Plaintiff, | ) ) | 4:08CV3103 |
| v. | ) ) | |
| RATLIFF, INC., an Oklahoma corporation, and AMERICAN CONTRACTORS INDEMNITY, COMPANY, a California corporation, | ) ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

IT IS ORDERED:

The joint stipulation and motion of the parties, filing no. 72, is granted and the Rule 16 telephone planning conference is continued from November 24 to January 9, 2009 at 9:30 a.m.

Plaintiff's counsel shall initiate the call.

DATED this 20th day of November, 2008.

BY THE COURT:

s/ David L. Piester
David L. Piester
United States Magistrate Judge