IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DOBSON BROTHERS CONSTRUCTION, Company, a Nebraska corporation, | ) ) ) ) | |
| Plaintiff, | ) ) | 4:08CV3103 |
| V. | ) ) | |
| RATLIFF, Inc., an Oklahoma corporation, and AMERICAN CONTRACTORS INDEMNITY, Company, a California corporation, | ) ) ) ) ) ) | AMENDED ORDER |
| Defendants. | ) ) | |

The court's memorandum and order dated February 6, 2009, (filing no. 92), set a February 16, 2009 deadline for filing briefs explaining the parties' respective positions on the scope of issues covered by defendant ACIC's post-dispute consent to arbitrate.  February 16, 2009 is a federal holiday, and setting a filing deadline on that day was erroneous.

IT THEREFORE HEREBY IS ORDERED:

1) The deadline for filing briefs outlining the parties' respective positions concerning what issues, claims, and defenses raised by the pleadings are, or are not, encompassed within "payment disputes that relate to the allocation of chargeable contract time and resultant liquidated damages, and any quantity or quality of work subject to the contract," (filing no. 74, at CM/ECF p. 6), is changed from February 16, 2009 to **February 17, 2009.**

2) In all other respects, the court's previously entered briefing schedule on this issue, (filing no. 92), remains in effect.

DATED this 13th day of February, 2009.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge