IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DOBSON BROTHERS CONSTRUCTION, Company, a Nebraska corporation, | ) ) ) ) | |
| Plaintiff, | ) ) | 4:08CV3103 |
| v. | ) ) ) | |
| RATLIFF, INC., an Oklahoma corporation, and AMERICAN CONTRACTORS INDEMNITY COMPANY, a California corporation, | ) ) ) ) ) ) | **MEMORANDUM AND ORDER** |
| Defendants. | ) | |

On March 26, 2009, counsel for plaintiff Dobson Brothers Construction and defendant Ratliff, Inc., were ordered to file joint status reports every 60 days regarding the progress of arbitration proceedings. (Filing 103.) Counsel were again reminded of this obligation on February 25, 2010. (Filing 111.) The latest status report should have been filed with the court on or before December 25, 2010, and counsel have failed to do so. Accordingly,

IT IS ORDERED:

1. Counsel for plaintiff Dobson Brothers Construction and defendant Ratliff, Inc., shall file their joint status report regarding the progress of arbitration proceedings within 5 days of the date of this order, and every 60 days thereafter; and

2. The Clerk of Court shall set a new deadline for receipt of status reports for every 60 days following submission of the status report described in paragraph (1)

above.

DATED this 9th day of February, 2011.

                                            BY THE COURT:
                                            *Richard G. Kopf*
                                            United States District Judge