IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DOBSON BROTHERS CONSTRUCTION COMPANY, a Nebraska corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>RATLIFF, INC., an Oklahoma corporation, and AMERICAN CONTRACTORS INDEMNITY COMPANY, a California corporation,<br><br>    Defendants. | )))))))))))))))) | 4:08CV3103<br><br>**MEMORANDUM AND ORDER** |

On March 26, 2009, this case was stayed pending arbitration of the payment dispute between plaintiff Dobson Brothers Construction Company and defendant Ratliff, Inc. (Filing 103.) On February 14, 2011, counsel for Dobson and Ratliff filed a status report in this court indicating that the United States District Court for the Western District of Missouri entered an order confirming the arbitration award, the clerk of court entered judgment, and the case was closed on February 10, 2011. (Filing 119.)  In the status report, the parties state, "it appears appropriate to both Dobson and Ratliff for the stay in this proceeding to be lifted and this matter to proceed."  (Filing 119 ¶ 17.)

  Accordingly,

  IT IS ORDERED that this matter is referred to Magistrate Judge Zwart for further progression.

DATED this 15th day of February, 2011.

>BY THE COURT:
>*Richard G. Kopf*
>United States District Judge