IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DOBSON BROTHERS CONSTRUCTION COMPANY, a Nebraska corporation,<br><br>Plaintiff,<br><br>v.<br><br>RATLIFF, INC., an Oklahoma corporation, and AMERICAN CONTRACTORS INDEMNITY COMPANY, a California corporation,<br><br>Defendants. | Case No. 4:08-CV-3103-RGK-CRZ<br><br>**AMENDED PROGRESSION ORDER** |

This Court having considered the Joint Motion of ACIC and DBC to Expand the Discovery Period in this case from July 21, 2011 until August 31, 2011, and finding that good cause has been shown to grant that motion,

IT IS ORDERED:

1) The discovery period in this case shall be expanded through August 31, 2011. Any dispositive motions should be filed with this Court on or before September 30, 2011.

2) The Pretrial Conference remains set for December 1, 2011 at 10:00 a.m. before the undersigned, with trial of this matter to commence on December 12, 2011 beginning at 9:00 a.m. in Courtroom 1 before United States District Judge Richard Kopf.

**However, if a dispositive motion is filed on or after August 31, 2011, the pretrial conference and trial will be continued on the court's own motion**.

June 17, 2011

BY THE COURT:
s/ Cheryl R. Zwart
United States Magistrate Judge