IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DOBSON BROTHERS CONSTRUCTION, Company, a Nebraska corporation, | ) ) ) ) | |
| Plaintiff, | ) | 4:08CV3103 |
| | ) | |
| V. | ) | |
| | ) | |
| RATLIFF, Inc., an Oklahoma corporation, and AMERICAN CONTRACTORS INDEMNITY, Company, a California corporation, | ) ) ) ) ) | ORDER |
| Defendants. | ) ) ) | |

Defendant's counsel Evan B. Gatewood has moved to withdraw from this case. Filing No. 126.  Defendant is currently represented by other counsel. Accordingly,

IT IS ORDERED, the motion to withdraw filed by Evan B Gatewood, (filing no. 126), is granted.  Mr. Gatewood shall promptly mail a copy of this order to Defendant, and file a certificate of service stating he has done so.

DATED this 12th day of July, 2011.

BY THE COURT:

*S/ Cheryl R. Zwart*
United States Magistrate Judge