IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DOBSON BROTHERS CONSTRUCTION COMPANY, a Nebraska corporation,<br><br>   Plaintiff,<br><br>v.<br><br>RATLIFF, INC., an Oklahoma corporation, and AMERICAN CONTRACTORS INDEMNITY COMPANY, a California corporation,<br><br>   Defendants. | 4:08CV3103<br><br>**ORDER** |

  Pursuant to Plaintiff's unopposed motion (filing 133) for extension of time to respond to defendant American Contractors Indemnity Company's motion (filing 131) for summary judgment,

  IT IS ORDERED:

  1. Plaintiff's unopposed motion (filing 133) for extension of time to respond to defendant American Contractors Indemnity Company's motion (filing 131) for summary judgment is granted;

  2. Plaintiff shall file its opposing brief and evidence to defendant American Contractors Indemnity Company's motion (filing 131) for summary judgment on or before October 11, 2011;

3.    Pursuant to NECivR 7.0.1(c), Defendant American Contractors Indemnity Company may file a reply brief and index of evidence within seven days after Plaintiff files and serves its opposing brief and evidence; and

4.    This matter is referred to Magistrate Judge Zwart to determine whether the pretrial conference and the trial in this matter should be continued.

DATED this 19th day of September, 2011.

BY THE COURT:
s/ *Richard G. Kopf*
United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.