IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DOBSON BROTHERS CONSTRUCTION, Company, a Nebraska corporation, | ) ) ) | 4:08CV3103 |
| Plaintiff, | ) ) ) | |
| v. | ) ) | MEMORANDUM AND ORDER |
| RATLIFF, Inc., an Oklahoma corporation, and AMERICAN CONTRACTORS INDEMNITY, Company, a California corporation, | ) ) ) ) ) | |
| Defendants. | ) | |

After conferring with the parties, and with their agreement,

IT IS ORDERED:

1)      The pretrial conference, previously scheduled to be held on December 1, 2011, is continued and will be held before the undersigned magistrate judge on February 16, 2012 at 1:00 p.m. by WebEx conferencing.  To facilitate this conferencing method, the parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to zwart@ned.uscourts.gov, in either Word Perfect or Word format, by 5:00 p.m. on February 15, 2012. An email will be sent to counsel of record with the instructions and codes for participating in the pretrial conference by WebEx.

2)      The trial of this case is set to commence before the Honorable Richard G. Kopf at 9:00 a.m. on March 5, 2012. No more than four days are allocated to the trial of this case and counsel shall plan accordingly.  This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one. Jury selection will be held at commencement of trial.

DATED this 26th day of September, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge