IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DOBSON BROTHERS CONSTRUCTION, Company, a Nebraska corporation,<br><br>        Plaintiff,<br><br>v.<br><br>RATLIFF, Inc., an Oklahoma corporation, and AMERICAN CONTRACTORS INDEMNITY COMPANY, a California corporation,<br><br>        Defendants. | 4:08CV3103<br><br>MEMORANDUM AND ORDER |

A dispute has arisen over the procedure for filing and responding to plaintiff's pending motion compel, (filing no. 137). The plaintiff requests a prompt resolution of the motion because "the discovery requested directly impacts the Plaintiff's response to the Defendant's motion for summary judgment." (Filing No. 137). Upon further consideration,

IT IS ORDERED:

1) The plaintiff is granted leave to file a brief in support of its motion to compel, the brief to be filed on or before October 12, 2011.

2) The defendant's brief in opposition to the motion to compel shall be filed on or before October 24, 2011.

3) No reply shall be filed absent leave of the court for good cause shown.

DATED this 5th day of October, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge