IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DOBSON BROTHERS CONSTRUCTION COMPANY, a Nebraska corporation, | )<br>)<br>) |
| Plaintiff, | )  4:08CV3103<br>)<br>) |
| v. | )<br>)  **ORDER** |
| RATLIFF, INC., an Oklahoma corporation, and AMERICAN CONTRACTORS INDEMNITY COMPANY, a California corporation, | )<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

IT IS ORDERED:

1. Plaintiff's Unopposed Motion (filing 140) for Extension of Time to Respond to the Motion for Summary Judgment filed by defendant American Contractors Indemnity Company (ACIC) is granted;

2. Plaintiff's deadline for filing its opposition to defendant ACIC's Motion for Summary Judgment (filing 131) is extended until two weeks following (a) an order denying Plaintiff's Motion to Compel (filing 137), or (b) the production of the documents requested by Plaintiff or compelled to be produced by the court; and

3. Defendant ACIC may file a reply to Plaintiff's opposing brief and evidence within the time frame set forth in NECivR 7.0.1(c) and NECivR 6.1(b), after which the Motion for Summary Judgment (filing 131) shall be deemed submitted.

DATED this 11th day of October, 2011.

>BY THE COURT:
>
>s/ *Richard G. Kopf*
>United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.