IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DOBSON BROTHERS CONSTRUCTION COMPANY, a Nebraska corporation, | ) ) ) ) | |
| Plaintiff, | ) ) | 4:08CV3103 |
| v. | ) ) ) | |
| RATLIFF, INC., an Oklahoma corporation, and AMERICAN CONTRACTORS INDEMNITY COMPANY, a California corporation, | ) ) ) ) ) ) ) | **ORDER** |
| Defendants. | ) | |

The parties have filed a joint motion (filing 164) to vacate this court's memorandum and order dated April 10, 2012, (filing 158) as moot due to a settlement agreement that has been entered between the plaintiff and defendant American Contractors Indemnity Company[1] that has resolved all claims and liability issues between the parties. The parties stipulate that all claims that were asserted or could have been asserted in this action—other than claims related to indemnity or right to contribution between the defendants—have been resolved in the settlement agreement, and that all claims remaining before this court should be dismissed with prejudice. As all parties have consented to the filing of the motion and dismissal of this case with prejudice,

---

[1] A binding arbitration occurred between defendant Ratliff, Inc., and the plaintiff, and the order of the arbitrator was confirmed as an order of the United States District Court for the Western District of Missouri. (See Filing 119, Joint Status Report Regarding Progress of Arbitration Proceedings Between Ratliff and Dobson.)

IT IS ORDERED:

1.	The motion (filing 164) of the parties to vacate the order entered on April 10, 2012, as moot and joint motion to dismiss with prejudice is granted;

2.	The Clerk of Court shall strike this court's interlocutory order dated April 10, 2012, (filing 158);

3.	Judgment dismissing with prejudice all claims remaining before this court shall be entered by separate document.

DATED this 24th day of July, 2012.

> BY THE COURT:
> *Richard G. Kopf*
> Senior United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.